Commonwealth *v.* DiBattiste, Appellant.

Argued April 8, 1974. *Anthony V. DeCello,* with him *De-Cello, Bua & Manifesto,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Duffy, Appellant.

Argued April 11, 1974. *Robert K. Stitt, III,* for appellant; *Louis R. Paulick,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.